# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL J. RUSSELL,<br><br>                Plaintiff,<br><br>   v.<br><br>RICHARD LOPEZ, *et al.*,<br><br>                Defendants. | Case No. 15-cv-02280-BAS-KSC<br><br>**ORDER FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS**<br><br>**[ECF Nos. 78, 79]** |

Defendants D. Doren, Richard Lopez, and Bill Strong have filed a Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (ECF No. 78) and a Motion to Dismiss (ECF No. 79).

In light of Defendants' motion for summary judgment, the Court advises Plaintiff to read the following warning, required by *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998):

> The defendants have made a motion for summary judgment by which they seek to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case. Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be

– 1 –

granted when there is no genuine issue of material fact—that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56, that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial

\*   \*   \*

Because no briefing schedule is currently set, the Court **ORDERS** Plaintiff Karl Russell to file responses to Defendants' motions (ECF Nos. 78, 79) **no later than November 20, 2017**. Defendants may file a reply to each of Plaintiff's respective responses **no later than 14 days** from their entry on the docket.

**IT IS SO ORDERED.**

**DATED: October 16, 2017**

Hon. Cynthia Bashant
United States District Judge