

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Karl J. Russell

          **Plaintiff,**

V.

Richard Lopez, Correctional Officer, CDCR-RJDCF; Bill Strong, Correctional Officer, CDCR-RJDCF

          **Defendant.**

Civil Action No.   15cv2280-BAS(KSC)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff failed to exhaust his administrative remedies and his claims are barred by Heck v. Humphrey. Therefore, Defendants' motions to dismiss and for summary judgment are GRANTED. (ECF Nos. 78, 79.) Officers Lopez and Strong are both dismissed from the case with prejudice, and judgment is entered in their favor.

Date:   5/17/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Chapman
          R. Chapman, Deputy